IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE FOREST GROUP, INC., <br>     Plaintiff, | § <br> § <br> § | |
| v. | § | CIVIL ACTION NO. H-05-4127 |
| BON TOOL COMPANY, <br>     Defendant. | § <br> § <br> § | |

## **FINAL JUDGMENT**

In accordance with the Memorandum and Order issued this day, it is hereby

**ORDERED** that Final judgment is entered in favor of Bon Tool Company on the 35 U.S.C. § 292 false marking claim in the amount of **$6,840.00**, one half payable to Bon Tool and one half to the United States.

This is a final, appealable judgment.

SIGNED at Houston, Texas, this **27th** day of **April, 2010**.

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\a-2005\4127FJFine.wpd   100427.1612